# IN UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

      **Plaintiff,**        :

      **vs**        :      Case No. 3:22-CR-19-02

**BRIAN RITCHEY**        :

      **Defendant.**

## ORDER

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States has moved to dismiss the indictment against Defendant Brian Ritchey, as he successfully satisfied the terms of his pretrial diversion agreement with the government. The Court hereby GRANTS this motion and dismisses the indictment in this case.

    **IT IS SO ORDERED.**

*s/Thomas M. Rose*

Dated: March 22, 2023

Thomas M. Rose, Judge
United States District Court